USDC SCAN INDEX SHEET










ELC   3/16/99    14:33
2:99-M -08273    USA V. GARCIA-MENDOZA
*2*
*CRMO.*

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs GARCIA (1)      Crim. No. ( ) No. 99mg 8673

✓ Present   ✓ In Custody   __ On Bond   __ O/R   __ Probation   __ N/A   __ NTA   __ Surrender

Magistrate Judge: JOSEPH SCHMITT    Ctrm Deputy MARLENE BOAS
Rcdr/Rptr/Tape Number: JS99-30
Asst U.S. Atty Peter Lewis/~~Annie Gutierrez~~    PTSO/USPO:

Attorney: Hendley Hutchinson    S/A for (✓) __Apptd __Rtnd
                         for ( ) __Apptd __Rtnd
                         for ( ) __Apptd __Rtnd
                         for ( ) __Apptd __Rtnd
                         for ( ) __Apptd __Rtnd
                         Apptd for Material Witness(es)

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

DOA/~~NTA/SURR~~: 3/13/99    1st Appearance: 3/15/99 in El Centro
✓ Defendant(s)/arraigned on/ ✓ Complaint __Out of District Complaint __Citation
__Indictment/Information (Superseding)
__Order to Show Cause re Pretrial Release/Supervised Release/Probation Violation
__Waiver of Indictment filed __Superseding Information filed
__Arraignment & Plea: __Not guilty Counts **ALL** __Guilty Counts
__Juvenile Delinquency Counts __Denies __Admits __Certification filed
__Consent(s) to be tried before U.S. Magistrate Judge filed
__Defendant(s) orally waives right to appeal
__Defendant(s) states True Name to be:
__Defendant(s) not appearing, on oral motion of Govt bond forfeited/bench warrant issued
__Bail on the bench warrant set at $_____ Personal/Cash/Corporate Surety
__Issuance of bench warrant stayed until_____ at _____ a.m./p.m.
__Bench Warrant recalled - Issued Abstract to U.S. Marshal __Never issued
✓ Bail: ✓ Set at $25,000      ~~Personal~~/Cash/Corporate Surety
     __Defendant(s) released on own recognizance
     __Defendant(s) held pursuant to 18 USC 3142(d), not to exceed 10 days
     ✓ Order(s) re Conditions of Pretrial Release Filed (See order for conditions)
     __Review: __Affirmed at $_____ Personal/Cash/Corporate Surety
            __Modified to $_____ Personal/Cash/Corporate Surety

     __Material Witness(es) set at $1,000 Personal Surety + 10% cash deposit
     __Material Witness(es) ordered released __Issued abstract to U.S. Marshal
__Govt orally moves for detention; Hearing set for_____ at _____ a.m./p.m.
__Detention Hearing held; Motion to detain - granted/denied (see bail above)
__Govt to prepare order re detention by_____ (risk of flight/danger)
__Detention Hearing not held (see bail above)
__Bond: __Exonerated __Reinstated __Revoked __Forfeited __Forfeiture set aside
__Case assigned to Judge:
✓ Case continued to: 3/25/99 at 2 ~~a.m.~~/p.m. for: (before Judge_____)
   ✓ Preliminary Examination      __Motion Setting/Trial Setting
   __Further Proceedings/Status      __Hearing Motions/Trial Setting
   __Identity/Removal Hearing      __Disposition
   __Psychiatric Examination/Status      __Other_____
   __Hearing Order to Show Cause re Pretrial Release/Supervised Release/Probation Viol.
   __Hearing Presentence Report/Sentencing __Referred to Probation Department
✓ First appearance date in San Diego set for 3/18/99
__Other

DATE 3/15/99
Form M/O-15a                              Deputy's Initials