1  Andrew D. Skale, Esq. (SBN 211096)
    askale@mintz.com
2  Ben L. Wagner, Esq. (SBN 243594)
    bwagner@mintz.com
3  Bruce Elder (SBN 259733)
    belder@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
   3580 Carmel Mountain Rd., Suite 300
5  San Diego, CA 92130
   Telephone: (858) 314-1500
6  Facsimile: (858) 314-1501

7  Todd E. Macaluso, Esq. (SBN 133009)
    tmacaluso@macalusolawsd.com
8  Stacy King Esq. (SBN 218215)
    sking@macalusolawsd.com
9  Zackary Lemley, Esq. (SBN 237950)
    zlemley@macalusolawsd.com
10 MACALUSO & ASSOCIATES, LLC
   2100 Palomar Airport Road, Suite 214
11 Carlsbad, CA 92011
   Telephone: (760) 448-1133
12 Facsimile: (760) 448-1134

13 Attorneys for Plaintiffs
   LIGHTS OUT HOLDINGS, LLC. and
14 SHAWNE MERRIMAN

15              UNITED STATES DISTRICT COURT

16       FOR THE SOUTHERN DISTRICT OF CALIFORNIA.

17 LIGHTS OUT HOLDINGS, LLC., a California       Case No.
   corporation and SHAWNE MERRIMAN, an
18 individual,                                   '09 CV 2742  H       CAB
                                                 COMPLAINT FOR:–
19              Plaintiffs,
                                                 1) COPYRIGHT INFRINGEMENT;
20        v.                                     2) TRADEMARK INFRINGEMENT;
                                                 3) FEDERAL UNFAIR COMPETITION;
21 TILA NGUYEN, an individual, and LITTLE        4) DILUTION OF FAMOUS MARK;
   MISS TRENDSETTER, INC., a California          5) INTENTIONAL INTERFERENCE
22 corporation,                                  WITH CONTRACT;
                                                 6) INTENTIONAL INTERFERENCE
23              Defendant.                       WITH PROSPECTIVE ECONOMIC
                                                 ADVANTAGE; AND
24                                               7) COMMON LAW UNFAIR
                                                 COMPETITION
25
                                                 *** JURY DEMANDED ***
26
                                                 DATE:
27                                               TIME:
                                                 TRIAL DATE:
28                                               COURTROOM NO.:

FILED

09 DEC -8 PM 4: 11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY                     DEPUTY

1    Lights Out Holdings, LLC ("Lights Out") and Shawne Merriman ("Merriman") (collectively

2  "Plaintiffs") bring this suit for copyright infringement, trademark infringement, trademark dilution,

3  intentional interference with contract, intentional interference with prospective economic advantage,

4  and common law unfair competition against Tila Nguyen, an individual ("Nguyen"), and Little Miss

5  Trendsetter, Inc., a California corporation ("Little Miss") (collectively "Defendant"), allege as

6  follows:

**I.    THE PARTIES**

8       1.    Plaintiff Lights Out Holdings, LLC is a California limited liability company with

9  its principal place of business in California.

10      2.    Plaintiff Shawne Merriman is an individual residing in the district, in California.

11      3.    Upon information and belief, Defendant Tila Nguyen is an individual residing in

12  California.

13      4.    Upon information and belief, Defendant Little Miss Trendsetter, Inc., a

14  California corporation with its principal place of business in California, and owning and jointly

15  operating with Defendant Tila Nguyen the website located at the URL's www.tilashotspot.com and

16  www.tilashotspot.buzznet.com.

17      5.    Defendant's actions alleged herein were those of herself, her agents and/or

18  licensees.

19      6.    On information and belief, Defendants Tila Nguyen and Little Miss Trendsetter,

20  Inc. were at all relevant times alleged herein acting as each others principals, agents, alter egos, a

21  single enterprise, and joint tortfeasors who acted with knowledge and intent in aiding and abetting

22  the other in the commission of their actions alleged herein.

**II.    JURISDICTION AND VENUE**

24      7.    This Court's jurisdiction rests upon 15 U.S.C. §§ 1121(a), 28 U.S.C. §§ 1338(a)

25  & (b), and 28 U.S.C. § 1367(a).

26      8.    This Court has jurisdiction over the federal trademark infringement, dilution and

27  false advertising claims pursuant to 15 U.S.C. § 1121(a) 28 U.S.C. § 1338(a).

28

1

**COMPLAINT**

9.      This Court has exclusive jurisdiction over the federal copyright infringement claim pursuant to 28 U.S.C. § 1338(a).

10.      This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1338(b) and § 1367(a) as all claims herein form part of the same case or controversy.

11.      Personal jurisdiction exists over the Defendant because she resides in California and has sufficient contacts such that it would not offend traditional notions of fair play and substantial justice to subject the Defendant to suit in this forum.  Defendant purposefully directed her harmful conduct alleged below at this district, and purposefully availed herself of the benefits of this district with respect to the claims alleged herein.

12.      Venue in this district is proper under 28 U.S.C. § 1391 and 28 U.S.C. §1400 because a substantial part of the events and omissions or omissions giving rise to the claim occurred in this district, a substantial part of the protected intellectual property in this action exists where Plaintiffs reside, which is in this district.

### III.      FACTUAL ALLEGATIONS

#### Unauthorized Use of Plaintiff Lights Out's Copyrighted Works

13.      Lights Out owns the copyright in the photographs shown in Exhibit A, attached hereto and incorporated herein.  Lights Out has applied for registration of the copyrights in these photographs with the United States Copyright Office, and no further action is required by it for the registrations to issue, effective upon issuance as of the date of application.  A copy of that application is attached to this Complaint as Exhibit B.

14.      Defendant (also known as Tila Tequila) posted the pictures to a website without authorization or permission from the copyright owner on her website, located at the URL's www.tilashotspot.com and www.tilashotspot.buzznet.com.  Pages from that website are shown in Exhibit C-1&2, attached hereto and incorporated herein.

15.      The posted pictures are identical to the copyrighted works shown in Exhibit A.

16.     Defendant has used these images to drive consumers to her websites; to purchase her goods and services, including music, jewelry, and a diamond line; and to attract users to pay for access to VIP services.

17.     Defendant posted infringing copies of the copyright work on the same webpage she promoted a new, for-profit social networking website that was, on information and belief, launched on or about November 5, 2009. *See* relevant pages attached as Exhibit C-2.

18.     As a result of Defendant's misuse of these copyrighted works, on information and belief, Defendant has financially profited, along with other benefits.

### Unauthorized Use of Plaintiffs' Famous LIGHTS OUT Mark

19.     Lights Out is the owner of the famous mark LIGHTS OUT, a federally registered trademark, Reg. No. 2,885,212.  A copy of that registration is attached as Exhibit D.  Merriman has an additional LIGHTS OUT federal trademark Application Serial No. 77,163,746, which has been allowed by the USPTO.  A status printout of that application from the USPTO website, listing its services, is attached as Exhibit E.

20.     By virtue of continuous use, the acquisition of substantial goodwill and the ubiquitous use of this mark, the above mark has become famous within the meaning of 15 U.S.C. § 1125(c).

21.     On information and belief, Defendant controls and operates an Internet homepage via the domain names tilashotspot.com and tilashotspot.buzznet.com.  On information and belief, these Internet websites are owned by Defendant.  On information and belief, Defendant owns, controls and/or operates a number of other for-profit websites, such as those located at the domain names tilacasino.com and tilashotspotdating.com.  These websites contain pay-to-participate features and generate profit for Defendant (collectively these are referred to as "Tila Websites").  On information and belief, Defendant also obtains advertising revenues from advertisers on the Tila Websites, revenue that is directly tied to the number of visitors and traffic to these Internet sites.

22.    Defendant has used the trademark LIGHTS OUTS, and/or confusingly similar marks to attract customers and consumers to the Tila Websites.  This use is unauthorized.

23.    Defendant has used the same protected mark in statements, on third-party websites, and in other mediums.  On information and belief, defendant has misused this mark for the purpose of increasing her revenues, her exposure, traffic to the Tila Websites, and/or opportunities for revenue in the future.

24.    Defendant's use of Plaintiffs' LIGHTS OUT mark is unauthorized, and have caused confusion and a likelihood of confusion:

25.    Defendants' use of Plaintiffs LIGHTS OUT mark is likely to confuse consumers into believing there is an affiliation, connection, sponsorship or other form of relationship between Defendant and Plaintiffs which in fact does not exist.  They are also likely to divert attention and initial-interest from Plaintiffs to Defendant, for the financial profit of Defendant, and to the detriment of the Plaintiffs.

26.    Furthermore, Plaintiffs' famous mark is being substantially diluted by the above uses, and is suffering actual dilution of the distinctive qualities of the mark.

## Defendant's Interference with Plaintiffs' Business Relations

27.    Plaintiff Merriman has an existing agreement with the San Diego Chargers regarding his tenure as a football player for that team.

28.    Lights Out had been negotiating an agreement with Wal-Mart Stores, Inc. ("Wal-Mart") for the distribution of T-shirts and/or other appeal.

29.    Plaintiffs Merriman and Lights Out have also have had other sponsorship negotiations, licensing agreements, and/or endorsement agreements which have provided substantial economic advantage for Plaintiffs in the past, and were by their terms and reasonable expectations and probabilities to continue this economic advantage into the future.

30.    Upon information and belief, Defendant knew of Plaintiffs' relations with these third parties.

31.     Intending to obtain her own economic advantage, and to destroy Plaintiffs' economic advantages, Defendant set out to make unfounded charges regarding Plaintiffs on her website, to the press, and/or to third parties.  Defendant made these allegations knowing the information would be communicated to third party businesses that have had relations with Plaintiffs.

32.     Defendant's unfounded allegations concerning Plaintiffs are false, have no basis, and were made with malice to interfere with Plaintiffs' business dealings.  Defendant admitted to her friend, Jason Johnson, that the purpose of her unfounded allegations was to interfere with Plaintiffs' agreements and business relationships.

33.     These unfounded allegations include false statements that Plaintiff Merriman choked and attacked Defendant on the morning of September 6, 2009; that Plaintiff Merriman "sleeps with minors and forces them to take drugs;" that illegal drugs are manufactured in Plaintiff Merriman's home "just for Shawne so that it won't show up in his blood test or drug test;" that Plaintiff Merriman took the drug ecstasy and "smoked pot" on the night/morning of September 5-6, 2009, and other false, unfounded and outrageous statements.

34.     Defendant made these untrue statements with an admitted knowledge that, by generating controversy around Plaintiff Merriman, if she "is causing too much distraction for their [sic] football [team], they will kick him out.  AJ the GM for the team is already sick of him." *See* ibit F.

35.     Defendant has also admitted that she made knowingly false statements regarding Plaintiffs, stating "yes that is why I did a '*spin*' now … cuz [sic] now everyone is LOVINGGGG me for all this sports talk and they are now like…f**k chargers N Shawne." *See* Exhibit G (emphasis added).

36.     As a result, Merriman's relationship with the San Diego Chargers has suffered because of Defendant's statements and/or actions.

37.     In addition, Wal-Mart has delayed its dealings with Plaintiffs.

38.    Further, other agreements and/or relationships Plaintiffs have had with third parties have been made more difficult, and have also suffered as a result of this wrongful activity.

39.    Upon information and belief, Defendant has engaged in such conduct for the purpose of driving consumers to her websites; to purchase her goods and services, including music, jewelry, and a diamond line; and to attract users to pay for access to "VIP services." For example, Defendant's new social networking website was, on information and belief, launched on or about November 5, 2009, very shortly after which she engaged in the above conduct. *See* relevant pages attached as Exhibit C.

40.    Plaintiffs place great value in their trademark and goodwill, their copyrights and business relations and opportunities, and have brought this action to immediately stop Defendant from further wrongfully exploiting Plaintiffs and to protect themselves from ongoing needlessly detrimental and otherwise malicious interference by Defendant.

## FIRST CAUSE OF ACTION

## COPYRIGHT INFRINGEMENT

### (United States Copyright Act)

41.    Plaintiffs incorporate by reference all other paragraphs contained in this Complaint.

42.    Plaintiff Lights Out is the owner of the copyright in the work embodied by Exhibits A and B.

43.    Defendant has taken actions inconsistent with Lights Out copyright ownership, including use, reproduction and duplication of unauthorized exact copies of these pictorial works on the Tila Websites.

44.    Such uses knowingly and willfully infringed Lights Out's copyrighted pictorial works, and constitute copyright infringement by use of a copy or substantially similar copy of Lights Out's copyrighted work.

45.    As a direct and proximate result of Defendant's copyright infringement, Lights Out has been damaged within the meaning of 17 U.S.C. § 504(b).

46.    Lights Out has suffered damages in an amount to be established after proof at trial.

47.    Lights Out is further entitled to disgorge Defendant's profits for her willful sales and unjust enrichment.

48.    Lights Out's remedy at law is not adequate to compensate for injuries inflicted by Defendant.  Accordingly, Lights Out is entitled to temporary, preliminary and permanent injunctive relief.

**SECOND CAUSE OF ACTION**

**TRADEMARK INFRINGEMENT**

**(15 U.S.C. § 1114 *et seq.* and Common Law)**

49.    Plaintiffs incorporate by reference all other paragraphs contained in this Complaint.

50.    Plaintiffs own the LIGHTS OUT mark, registered on the principal register of the United States Patent and Trademark Office as Reg. No. 2,885,212, and applied for as Application Serial No. 77,163,746.

51.    Defendant has used this mark or a confusingly similar variation of the mark in connection with the sale, offering for sale, distribution or advertising of goods and/or services.

52.    Defendant's use of the infringing mark has caused significant confusion in the marketplace, is likely to cause both confusion and mistake, and is likely to deceive; the marks used by Defendant are identical or substantially similar in sound, appearance and meaning to Plaintiffs' trademark.

53.    Such use was done willfully and with knowledge that such use would or was likely to cause confusion and deceive others.

54.    As a direct and proximate result of Defendant's trademark infringement, Plaintiffs have been damaged within the meaning of 15 U.S.C. § 1114 *et seq.*

**COMPLAINT**

1    55.    Defendant's use constitutes a counterfeit, was willfully used, and thus Lights Out

2 is entitled to statutory damages of up to $2 million per counterfeit mark per type of goods or

3 services sold, offered for sale, or distributed, under 15 U.S.C. § 1117(c).

4    56.    As a direct and proximate result of Defendant's trademark infringement,

5 Plaintiffs have been damaged within the meaning of 15 U.S.C. § 1125 *et seq.*

6    57.    Plaintiffs have suffered damages in an amount to be established after proof at

7 trial or in the statutory amount.

8    58.    Plaintiffs are further entitled to disgorge Defendant's profits for its willful sales

9 and unjust enrichment.

10    59.    This case qualifies as an "exceptional case" within the meaning of 15 U.S.C. §

11 1117(a) in that Defendant's acts were malicious, fraudulent, deliberate and willful, and taken in bad

12 faith, entitling Plaintiffs to its attorney's fees and a trebling of its damages.

13    60.    Plaintiffs' remedy at law is not adequate to compensate for injuries inflicted by

14 Defendant. Thus, Plaintiffs are entitled to temporary, preliminary and permanent injunctive relief.

15                          **THIRD CAUSE OF ACTION**

16                      **FEDERAL UNFAIR COMPETITION**

17                        **(15 U.S.C. § 1125 *et seq.*)**

18    61.    Plaintiffs incorporate by reference all other paragraphs contained in this

19 Complaint.

20    62.    Defendant has committed acts of unfair competition under 15 U.S.C. § 1125 *et*

21 *seq.*, including the practices and conduct referred to above. The above actions constitute unlawful,

22 unfair or fraudulent business acts or practices, and/or unfair, deceptive, untrue or misleading

23 business practices.

24    63.    As a direct and proximate result of Defendant's wrongful acts, Plaintiffs have

25 suffered and continues to suffer substantial pecuniary losses and irreparable injury to its business

26 reputation and goodwill. As such, Plaintiffs' remedy at law is not adequate to compensate for

27

28

1    injuries inflicted by Defendant.  Accordingly, Plaintiffs are entitled to temporary, preliminary and

2    permanent injunctive relief.

3         64.    By reason of such wrongful acts, Plaintiffs are and were, and will be in the

4    future, deprived of, among others, the profits and benefits of business relationships, agreements, and

5    transactions with various third parties and/or prospective business relationship.  Defendant has

6    wrongfully obtained profit and benefits instead of Plaintiffs.  Plaintiffs are entitled to compensatory

7    damages and disgorgement of Defendant's said profits, in an amount to be proven at trial.

8                           **FOURTH CAUSE OF ACTION**

9                           **DILUTION OF FAMOUS MARK**

10                   **(15 U.S.C. § 1125(C) & Cal. B&P Code § 14247)**

11        65.    Plaintiffs incorporate by reference all other paragraphs contained in this

12   Complaint.

13        66.    Plaintiffs' LIGHTS OUT trademark is a famous mark within the meaning of both

14   15 U.S.C. § 1125(C) & Cal. B&P Code § 14247, including for and all those services listed in

15   Exhibits C and D for Reg. No. 2,885,212 and Serial No. 77,163,746, and acquired such status prior

16   to the time Defendant began her use, because prior to that time:

17              a.    The mark has a high degree of inherent and acquired distinctiveness;

18              b.    The mark has been used exclusively by Plaintiffs for a long duration for

19                    the goods and services indicated by Plaintiffs;

20              c.    The advertising and publicity received by the mark has been very

21                    significant nationally;

22              d.    The geographical trading area of the mark encompassed at least the entire

23                    United States, and the Internet;

24              e.    There were many highly prominent channels Plaintiffs used for the goods

25                    and services under the mark, and Defendant has since chosen to use the

26                    ubiquitously stationed mediums of the Internet and national press;

27

28

1          f.     The mark was highly recognized in the United States, and was highly

2                affiliated with Plaintiffs;

3          g.     On information and belief, there were no other parties that use the mark for

4                similar goods and services as those of Plaintiffs; and

5          h.     The LIGHTS OUT mark has been registered on the principal register for a

6                sufficient length of time to qualify for incontestable status.

7      67.     Pursuant to 15 U.S.C. § 1125(c) and Cal. B&P Code §§ 14247 & 14250,

8  Plaintiffs are entitled to an injunction sufficient to protect its famous mark from further dilution.

9      68.     By reason of such wrongful acts, Plaintiffs are and were, and will be in the

10  future, deprived of, among others, the profits and benefits of business relationships, agreements, and

11  transactions with various third parties and/or prospective business relationship.  Defendant has

12  wrongfully obtained profit and benefits instead of Plaintiffs.  To the extent available, Plaintiffs are

13  entitled to compensatory damages and disgorgement of Defendant's said profits, in an amount to be

14  proven at trial.

15                    **FIFTH CAUSE OF ACTION**

16             **INTENTIONAL INTERFERENCE WITH CONTRACT**

17      69.     Plaintiffs incorporate by reference all other paragraphs contained in this

18  Complaint.

19      70.     Plaintiff Merriman has had an existing contract with the San Diego Chargers.

20      71.     Defendant knew of the existence of this contract at the time of her interference.

21      72.     Defendant's actions were taken knowingly and intentionally, with the intent to

22  induce a third party to breach its contractual arrangements with Plaintiff Merriman, and on

23  information and belief, Defendant was substantially certain the interference would result.

24      73.     Merriman's agreement was actually disrupted, and continues to be actually

25  disrupted, and Defendant's conduct alleged above directly and proximately caused this disruption.

26  This disruption includes, without limitation, making this arrangement more expensive and/or

27

28

**COMPLAINT**

1    burdensome, and less profitable to Merriman, and has caused delayed activities under this

2    agreement that has caused Merriman to lose revenues.

3           74.    As a result of this disruption, Merriman has been damaged in a significant

4    amount, believed to be in the millions of dollars, but to be established upon proof at trial.

5           75.    Merriman's remedy at law is not adequate to compensate for injuries inflicted by

6    Defendant.  Accordingly, Merriman is entitled to temporary, preliminary and permanent injunctive

7    relief.

8           76.    Such acts, as alleged above, were done with malice, oppression and/or fraud, thus

9    entitling Merriman to exemplary and punitive damages.

10                        **SIXTH CAUSE OF ACTION**

11   **INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**

12          77.    Plaintiffs incorporate by reference all other paragraphs contained in this

13   Complaint.

14          78.    Plaintiffs have had numerous third-party existing business relationships,

15   including with Wal-Mart, and many prospective business relationships as well.

16          79.    There was a probability of future economic benefit from these business

17   relationships, demonstrated by, among other things, Plaintiffs' past economic benefits from similar

18   business relationships, and the status of the relationships prior to Defendant's interference.

19          80.    Defendant interfered with these existing and prospective business relationships.

20          81.    Defendant's conduct was wrongful, separate and apart from the interference

21   itself, in that it consisted of trademark infringement, unfair competition, and/or copyright

22   infringement, as well as maliciously false accusations that fall outside of the range of acceptable

23   business practices accepted in the relevant community.  Defendant also attempted to extort

24   concessions out of Plaintiffs without justification.  Defendant had no privilege to engage in this

25   conduct.

26          82.    Defendant knew and intended to interfere with Plaintiffs' prospective economic

27   advantage, and interference with these prospective economic relationships was actually and

28

1    proximately caused as a result. On information and belief, Defendant knew such interference was

2    substantially certain to result.

3          83.    Such acts, as alleged above, were done with malice, oppression and/or fraud, thus

4    entitling Plaintiffs to exemplary and punitive damages.

5    **SEVENTH CAUSE OF ACTION**

6    **COMMON LAW UNFAIR COMPETITION**

7          84.    Plaintiffs incorporate by reference all other paragraphs contained in this

8    Complaint.

9          85.    Plaintiffs have trademark rights throughout the entire United States to the mark

10    LIGHTS OUT.

11          86.    Defendant has committed acts of unfair competition, including the practices and

12    conduct referred to in this Complaint. These actions constitute unlawful, unfair or fraudulent

13    business acts or practices, and/or unfair, deceptive, untrue or misleading business practices. The

14    actions were done in connection with sales or advertising.

15          87.    As a direct and proximate result of Defendant's wrongful acts, Plaintiffs have

16    suffered and continues to suffer substantial pecuniary losses and irreparable injury to its business

17    reputation and goodwill. As such, Plaintiffs' remedy at law is not adequate to compensate for

18    injuries inflicted by Defendant. Accordingly, Plaintiffs are entitled to temporary, preliminary and

19    permanent injunctive relief.

20          88.    By reason of such wrongful acts, Plaintiffs are and were, and will be in the

21    future, deprived of, among others, the profits and benefits of business relationships, agreements, and

22    transactions with various third parties and/or prospective business relationship. Defendant has

23    wrongfully obtained profit and benefits instead of Plaintiffs. Plaintiffs are entitled to compensatory

24    damages and disgorgement of Defendant's said profits, in an amount to be proven at trial.

25          89.    Such acts, as alleged above, were done with malice, oppression and/or fraud, thus

26    entitling Plaintiffs to exemplary and punitive damages.

27

28

12
**COMPLAINT**

WHEREFORE, Plaintiffs demands the following relief:

1.    A judgment in favor of Plaintiffs and against Defendant on all counts;

2.    A preliminary and permanent injunction from trademark and copyright infringement and unfair business practices by Defendant, and dilution of a famous mark;

3.    Damages in an amount to be determined at trial;

4.    Defendant's unjust enrichment and/or disgorgement of Defendant's profits, such damages trebled for willful infringement;

5.    Exemplary and punitive damages;

6.    Pre-judgment interest at the legally allowable rate on all amounts owed;

7.    Statutory damages of up to $2 million under 15 U.S.C. §1117(c);

8.    Costs, expenses and fees under, among others, 15 U.S.C. § 1117(a) and/or 17 U.S.C. § 505;

9.    Restitution;

10.    Attorney's fees under, among others, 15 U.S.C. § 1117(a) as an exceptional case; and

11.    Such other and further relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial as to all issues that are so triable.

Dated:  December 8, 2009

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

By: _____

Andrew D. Skale, Esq.

Attorneys for Plaintiffs
LIGHTS OUT HOLDINGS, LLC. and
SHAWNE MERRIMAN

4774040v.1

13
**COMPLAINT**

**EXHIBIT A**

# EXHIBIT A





Ivan S. Harris Photography



Ivan S. Harris Photography

# EXHIBIT B

# *-APPLICATION-*

## Title
**Title of Work:** Photographs of Birthday Celebration

## Completion/Publication
**Year of Completion:** 2006

## Author
**Author:** Ivan S. Harris

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1979

## Copyright claimant
**Copyright Claimant:** Lights Out Holdings, LLC

10617 Birch Bluff Ave., San Diego, CA, 92131, United States

**Transfer Statement:** Assignment

## Certification
**Name:** Andrew D. Skale

**Date:** November 20, 2009

**Registration #:**

**Service Request #:**   1-282710471

**Application Date:**   11-22-2009 05:41:07

## Correspondent

**Organization Name:**   Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC

**Name:**   Andrew D. Skale

**Address:**   3580 Carmel Mountain Road
Suite 300
San Diego, CA 92130 United States

## Mail Certificate

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC
Andrew D. Skale
3580 Carmel Mountain Road
Suite 300
San Diego, CA 92130  United States

**EXHIBIT  C**

# EXHIBIT C-1

TILA TEQUILA SUES SHAWNE SCARYMAN 503eb45



HOME    TILA    MUSIC    PHOTOS    VIDEOS    EXTRAS    STORE

Welcome to Tila's Hot Spot



Journals from
**Tilatequila**
Photos | Videos | Journals

SIGN UP

Username:
Password:

SIGN IN

Lost Password?

# TILA TEQUILA SUES SHAWNE SCARYMAN!

After MONTHS of silence.......Justice 4 Tila is FINALLY on the way!



Tila Hotspot Photography

Tila Tequila is a Fighter & YOU KNOW THIS!!!! I have moved forward and am now pressing charges AND suing that Shawne Scaryman fella!!!! TILA ARMY ARE U READY TO RIOT AND MARCH WITH ME IN THE STREETS AND SHUT THIS FUCKER DOWN??? HELL YESS!!!!! IT'S GOIN TILA!!! TILA ARMY DOES NOT BACK DOWN BABY! LET'S DO THIS! WE GONNA SHOW THESE MOTHERFUCKERS TO NOT EVER EVER HURT THE TILA ARMY COMMANDER IN CHIEF AND GET AWAY WITH IT??? OHHH NOOOOOO SIR! TILA ARMY WILL NOT TOLERATE THAT!

So TILA ARMY SOLDIERS AND WARRIORS....ARE YOU GUYS READY TO SHUT THIS FUCKING SHIT DOWN OR WHAT??????? NOBODY WILL EVER FUCK WITH US AGAIN! WE GONNA WIN THIS MY LOYAL WARRIORS OF THE NIGHT!!! FINALLY....THE TRUTH IS ABOUT TO COME OUT! YESSSSS!! I HAVE KEPT QUIET FOR SO LONG!!!! THIS IS FOR ALL MY SOLDIERS AND WARRIORS! I AM FIGHTING THIS FOR ALL OF YOU!!!! I GOT YOU! I AM A LOYAL COMMANDER AND I WILL ALWAYS HAVE YOUR BACK. JUST LIKE YOU HAVE MINE!

TILA ARMY FOR FUCKING LIFE!!!!

LET'S TAKE THIS FUCKER DOWNNNNNNNNNN! POW!

FOX NEWS REPORTS: CLICK HERE FOR ARTICLE!

Love
Tila
SHAWNE SCARYMAN....I WILL SEE YOU IN COURT BABY SWEETIE POO BEAR HONEY BUN! LOL



# TILA TEQUILA SUES SHAWNE SCARYMAN 503ebd45



Tags: domestic violence, douchebag, justice for tila, tila army, tila tequila sues sh...

POSTED BY TILA TEQUILA ON 11/17/2009 3:16 PM VISITS: 914

**Comments (31)**                    Oldest Newest

 

thequeeny1: 11/17/2009 3:41 PM
What a fucking bastard!

theredjawa: 11/17/2009 3:41 PM
Makes me mad. I believe you should never ever hit a woman.
Even if she hits you. Most women aren't as strong as men.
Damn Tila you are so small he could have done some serious
damage. I applaud you for what you are doing. So many victims
don't fight back. I love you woman. I am here as part of your
Army to do whatever you wish me too.
theredjawa
Matt



danny2009: 11/17/2009 3:41 PM
Your A great Woman ! best of Luck xxx

the asshole deserves to be sued !

He will get noo luck whatso ever in life !!

tila your strong . keep it up . daniel xxx



flirtchica: 11/17/2009 3:44 PM
hell yeah #TilaArmy for life! ride or die !POW! we with u



TILA TEQUILA SUES SHAWNE SCARYMAN 503ebd45





Commenter in order:

lilytequilapr: 11/17/2009 3:45 PM
U Knw That the #TilaArmy will always have ur bck Count with
me 100,000% I will Be here U knw How we Roll
@SOLDIERLLRASTAR Official Soldier Of The #TilaArmy We
Have This Army Get Ready 4What WE BEEN TRAINING 4 THIS.
LOVE YOU TILA UR LOYAL SOLDIER

wrath666999: 11/17/2009 3:49 PM
I can see the judge's decision now:

"CASED DISMISSED ON THE GROUNDS OF NOT ENOUGH
EVIDENCE!!!!!"

You need money now, and the only way you see that you can
possible get a million, is by suing Shawne.

Chick, get off the chat, and twitter. Get out of the fantasy, you
have no "soldiers". You have about 30 seconds left of your 15
minutes of fame, and your desperate to extend those mintues.

Shawne has moved on with his life, I don't think for one minute
he beat you. You are not the face of abused women.

And to all the Tila Kiss asses, call me a hater all you want, but it
is what it is. This chick is faker than Michael Jackson's nose(rip).

You will lose this case, just like the last one. I bet twenty bucks
this case will not even be considered. But then, you're going to
cry "injustice" again, and then try to become the new face of a
new fight.



kittycatce: 11/17/2009 3:53 PM
TILA ARMY got ur back mami..... we go ALL the way with u....



rudaheroina: 11/17/2009 4:06 PM
Yeah! Bum the fucker down! woo!
Go Tila nd Tila Army!



ivytoney02: 11/17/2009 6:19 PM
TILA ARMY is in the House






TILA TEQUILA SUES SHAWNE SCARYMAN 503ebd45



boltmancraft: 11/17/2009 6:21 PM
Chick, you're out of your mind. No judge, no jury, noBODY is going to believe a word coming out of your uneducated, wanna-be mouth. EVERY SINGLE post, Tweet, and text you've sent since this allegedly happened has been saved and cataloged for just this reason: to prove you're a nutcase who can't face the fact that the dude didn't do a thing. That attorney of yours must REALLY be hard-up for clients to take on THIS case. I mean inciting a RIOT, trying to "Shut the town down"? What is wrong with you? You act more and more like the jilted lover rather than the victim, and everybody sees it except you. Pull your head out and get on with your life. PS...Do you kiss your parents with that mouth? Unreal....

Total: 31  1  2  3  4

Add Comment

This person only allows registered users to leave comments. You must sign up or sign in to comment.

| WELCOME | TILA | ABOUT |
|---|---|---|
| Sign In | Videos | Help |
| Sign Up | Photos | What are hot spots? |
| Tila's Profile | Tila's Bio | What is Tila Live? |
| | Breaking News | |
| | Say What? | |
| | Forum | |
| | Tila's Store | |

# EXHIBIT C-2

Tila's News





HOME    TILA    MUSIC    PHOTOS    VIDEOS    EXTRAS    STORE

10-DAY FREE TRIAL

FREE TRIAL

Welcome to Tila's Hot Spot



SIGN UP

Username:

Password:

SIGN IN

Lost Password?

daily

Products you want
Prices you wish for.

## TILA'S NEWS

‹Prev                                    Next›

## A SHOT AT LOVE WITH TILA TEQUILA & TWILIGHT CAST!

**INTRO:** This was the original story that was written in the  Twilight Saga!  This is all the deleted scenes that will now be in the 5th Movie! "A SHOT AT LOVE WITH TILA TEQUILA AND THE TWILIGHT CAST"

The night was once again dark and gloomy.  It was so quiet and all you could hear was the rustle of the tree leaves as I sat at the top of the highest tree in the forest.  This is has been my hiding place the entire time all of this Chaos has been happening between Edward, Bella, & Jacob...etc.  I sit atop of my tree as a dark Ninja in the night, watching over my children as they confuse themselves in childish chaos & confusing love triangles.  I sit quietly atop of my Ninja Hiding spot watching them daily, jumping from tree to tree, Roof to roof, without any of them ever seeing me.  I am the pure heart and soul that is the key to it all.  I am the key that is missing from what they all have been trying to find & figure out in their confused, torn, and tormented worlds.......but alas....it was not my time yet to show myself.

I have been carefully been following them and keeping my eyes on all of them for months now....flying quickly past them with my other Ninja's in the night.  We cascade carefully around the city, lurking every corner, every wall, watching, through every window.  The Ninjas of the night has the most power combined between the warewolves and the Vampires.  How silly of them not realizing that there is a much bigger, darker, more powerful force amongst them........  The Ninjas.  I of course, am the leader of my pack.  My sensei sent me down here to watch over all of the forces fighting amongst each other, destroying themselves.  I do as my Sensei tells me to do, as long as it takes.  I wait silently in the dark with patience.  My role is to finally show myself and my the rest of my Ninjas of the Night once things become too chaotic.....and now, after months of watching these kids, now is the time for me to come in and save them from destroying themselves.  Things are about to get crazy......

Case 3:09-cv-02742-H-CAB   Document 1   Filed 12/08/09   PageID.33   Page 33 of 58

Tila's News



Tags:  a shot at love with ...  bella.  edward cullen.  jacob.  movie.  new moon.  twilight

POSTED ON 11/23/2009 10:43 PM COMMENTS (54)

## TILA TEQUILA TAKING OVER THE WORLD!!!

Wow!  Ok so where do I begin?? There's sooooooooo much stuff to tell you guys, so hang on tight....this will be a long blog, but hey....this is exactly why I need to blog to let u know why I never sleep & what major projects that I'm doing right now behind the scenes! Ahhh! ARE U READY??? OK *BREATHES* Lets Go!

**1) MY MUSIC:**  For the past couple of YEARS I have been consistently in the studio recording new music to put together my First Official Album! It's taken many years because I want this to be the BEST Album & I'm not trying to rush things.  I always knew deep in my heart that my album will finally come out one day when it's the RIGHT TIME!  It's always about timing in life.  You can't rush things.  U must believe, focus, and be patient.  On top of that, I have been soo busy working on building my Empire & Franchise that a lot of priorities have been shifted.  However I am **HAPPY TO ANNOUNCE THAT MY HIGHLY ANTICIPATED ALBUM AFTER 3 YEARS OF WAITING HAS FINALLY BEEN FINISHED!!!!** So PLEASE stay tuned because my first single will be dropping within the next month or so! Lots will be happening! Then the album will be released 1st Quarter of 2010!  All under my own record label: Tila Tequila Records. POW!  This also means that since I have my own label, yes, I will

ads for new artists to sign & or opening acts for the tour! I got on the airwaves & do this worldwide & so I am now recruiting all these new artists....please stay tuned cuz I will most definitely be looking for new artists to sign to my new label. *sigh* Finally!

**2) TILA TEQUILA IPHONE APPLICATION:** I have been working hard on putting together my very own Tila Tequila Iphone APP! So freakin cool! There will be LOTS of cool features on the apps, like being the first ones, to preview & listen to snippets of all the new songs on my album, voting for which songs u like & don't like, daily photo updates, daily tila journal updates, music video's, & many more! U will be able to pretty much stay in contact with me everyday live on your Iphone! COOOL! This Iphone Application should be launched very soon! By the end of this year! So u better be ready! Exclusive material sent to your phone that nobody else will have! YAY! Damn, that Means I have to get myself an Iphone since I used to have a sidekick and now I have a Blackberry. I have to get me an Iphone now. Woohoo! (That is...when I have time....LOL)

**3) MY VERY OWN SOCIAL NETWORKING SITE!** As a lot of you already know, I have been working EXTREMELY hard on building my own social networking website! Do u realize how much work this takes?? OH EM GEEE! OUt of everything I work on, I would have to say that this social network has, hands down, taken the MAJORITY of my time as I'm working on that website sometimes for 11 hours straight! I don't sleep! But I'm very passionate about this website & so far we have launched the site only about 2 weeks ago in BETA & the stats on the website has overwhelmingly exceeded our expectations!! AND ITS NOT EVEN OPEN TO PUBLIC YET!!! I have only allowed about 2,000 private VIP MEMBERS to join so that we can test out the site & work out all the kinks & make sure everything is 100% working once we finally launch it for the PUBLIC to join! So far all of my VIP MEMBERS Feedback at my new social networking website has been excellent!!!

What I offer at my social networking website that no other social network site out there right now offers is that I have pretty much every feature COMBINED! We have brilliantly laid out everyone's profile set up, so you can easily see everyone's page. It's not all over the place. The minute you sign up, we also personally pick out top matches for people that we think may be a good match for you to be friends with or date, etc....just by going off of your profile interests. So immediately, u will already have friends or potential lovers U can meet right away! The best feature of course is my interactive flash chatroom! NO OTHER SOCIAL COMMUNITY HAS THIS FEATURE!!! This flash chatroom has many, many cool rooms in it. Like "STRIP CLUB" "NIGHTCLUB" "LESBIANS ONLY" "GAYS ONLY" "CYBER SEX" "30s & OLDER" etc. And in each chatroom we have kind of like a tiny chat/ustream feature.....where everyone in the chatroom can go live on webcam & we all can chat & see each other on our webcams! It's like a mini crazy private party where everyone unleashes their wild side! **THERE ARE NO RULES IN MY CHATROOM!** That's the cool part! & yes..... I will be doing live shows on my webcam chatrooms daily or weekly! & trust me....if u think what everyone has been freakin out over my meltdown on Ustream recently....that's nothing to the crazy shit I do in PRIVATE to my VIP MEMBERS. Since I know it's private, I REALLY ALLOW MYSELF TO LET LOOSE! That's cuz I know the whole world isn't watching & its a very intimate community. It's fun, everyone is friendly plus super hot! On top of that we have a "VIDEO ARCADE" feature where there are TONS of video games u can play if u get bored!

...have a VIDEO ARCADE feature where there are TONS of video games u can play in & get bored! From sports games, football, basketball, golf, shooting games, war games, every game u can think of, we have it in my website chatroom! SOOOOO DOPE! OMGGGGGGG! The chatrooms are like a real life party cuz I have music set up in different rooms so people can "DJ" while other girls "STRIP" or give "lapdances" in our private webcam shows.

**So pretty much my social networking site will be Facebook, Ustream, Youtube, tinychat, Myspace & Twitter COMBINED!!!!!! POW!** On top of that I have an EXCELLENT team of very LEGIT people who are helping me build this website! So you KNOW THIS IS TOP QUALITY SHIT! I have teamed up with some MAJOR business corporations who are PRO's at this type of stuff! My Social Networking Staff consists of Former execs who worked for BILL GATES & MICROSOFT! We have an ENTIRE BUILDING FLOOR for our office where me & my team work 247 on this social community! So you NOW it's some legit shit! I am the President of this franchise & on my way to becoming the next Bill Gates, Donald Trump, Oprah, and all the other moguls in our time.....except...I'm in my 20s and a Hot young, female President Mogul! POW! Can't wait til it goes LIVE in a few more weeks! 2-3 more weeks or less! Stay tuned! This will be the HOTTEST NEW SOCIAL ONLINE NETWORK TO HAVE EVER EXISTED!

**4) MY OWN CELEBRITY GOSSIP BLOG!** I have been relentlessly working on putting together this new Gossip Blog! I have put SOOOO MUCH WORK AND EFFORT into this that I have NO DOUBT IN MY MIND, that it will be BIGGER than Perez Hilton's site. It's about time someone takes his spot and who better to do that then the other Queen of the Internet?? ME! So let me tell u a little bit more about my gossip blog & what makes it so different than any other blogs:

**A) Gossip site will be called "TILA'S HOT THOUGHTS-Hollywood's Most Dangerous Blog!"** -This will be FRONT PAGE at my new social networking site. So you see? I have ALL OF THESE ELEMENTS & FEATURES COMBINED! The Blog will be font & center main page just like Perez Hilton or TMZ. Breaking news & Gossip will be updated constantly in REAL TIME...DAILY as it happens!

**B) I have a legit team of paparazzi's, insiders & writers in Hollywood working for me:** I have spent A LOT of time meeting with the TOP PAPARAZZI's in ALL OF HOLLYWOOD to get them to work for "TILA'S HOT THOUGHTS GOSSIP BLOG" This means that my Gossip & News Blog will have EXCLUSIVE BREAKING NEWS INFO BEFORE ANYONE ELSE IN HOLLYWOOD GETS IT! DAAAAAMN! That is some OFFICIAL SHIT! How do I get exclusive info on Hollywood Gossip before anyone else?? Well, that's cuz I'm smart. I gave all the top paparazzi's & insiders a very enticing proposal. So of course, they can't say no to it! So now this means I will LITERALLY RUN HOLLYWOOD! ALL the paparazzi's who are on my team, will get EXCLUSIVE CONENT FOR MY BLOG FIRST! How dope is that???? We will even get breaking news before Perez Hilton gets them! HOLY SHIT! & this also means, that I will be owning Hollywood because all the paparazzis out there right now getting all the celebs & inside info, will be sent to me first and directly. This means that Any celeb who gets on my bad side.....you're about to get fucked honey. Cuz I have no shame in my game & Now that I'm blogging.......ohhhhh the world of Hollywood is about to change! Aside from me blogging, I will also have 2 other main legit writers to blog & update breaking news for me while I am away. This is a 5 Star...

Legal team I have put together. We are talking about some of the paparazzi's who were the FIRST ONES there at Michael Jacksons Hospital and were the first to send out the news to alll the gossip websites! Yes...those paps...will now be working for ME. So daaaaaaamn my website will be 100% OFFICIAL EXCLUSIVE MATERIAL THAT U HEAR FROM FIRST BEFORE ANYONE ELSE GETS! Can't get anymore powerful than that can u?? Please I think u will quite enjoy the blog, since it will be updated in REAL TIME, everyday, and exclusive stories. It's FREE, and It's going to take over Perez Hilton's website! The Bonus?? Seeing how I too, am a Celebrity, I know A LOTTTTT of inside juicy gossip about EVERYONE in Hollywood. And when I say EVERYONE, I mean EVERYONE! From people who have gotten plastic surgery, to people who have cheated on very famous partners, to major scandals going down. So warning to Celebs: If u don't want me to put you on blast, I suggest you be on my good side & not on my shitlist....cuz trust me....I have all the juicy scandals and secrets about all of you! Be careful! POW!

C) I RUN HOLLYWOOD & KEEP IT REAL FOR ALL MY Readers; Yep...u guys all know me very well by now. I'm not a sellout or a fake ass kisser. My blog will be dangerously honest, no barres held! I'm gonna tell u guys everything u want to know & keep it real. You know I'm all about being "FOR THE PEOPLE" so this blog, will be dedicated to all the people out there who like to hear REAL SHIT! Perez has lost my respect cuz now that he's become friends with the celebs, his stories aren't "REAL" anymore cuz it all contradicting! For instance we KNOW he's BFF with Speidi, yet when he blogs about them, he "PRETENDS" like he hates them but really he's just LYING to you guys to keep u interested. That is FAKE SHIT! My Site..will not be like that. I don't take shit from anyone & will not be afraid to spill the beans. Of course it wont be all about celebrity bashing. I'll just write about what I want. Plus we will also updated with Current Actual REAL news as well. So u get the best of both worlds! OMG CANT WAIT! THIS WILL BE YOU GUY'S NEW FAVORITE GOSSIP BLOG TO GO TO! I GUARANTEE IT!

5) MY NEW TV SHOW! wow ok so everyone has been asking me for sooooo long when I will have a new TV SHOW...well have gotten plenty of offers but I REFUSE to do something that I feel isn't true to myself so I had to turn down a few. But the good news is, I recently had an amazingggg meeting with a TV Production Company who LOVED my new TV Idea Pitch & now..they are totally IN! So this means that I have also been EXTREMELY BUSY meeting with the tv producers & gettin this TV show put together & hopefully it will air sometime by mid next year!! I can't tell u what this show will be about, but I guarantee you that it will be a MASSIVE HIT! WHY? well first of all cuz I'm a genius and I came up with a show idea that NOBODY HAS EVER DONE BEFORE EVER IN TV HISTORY! BUt yes....Your brilliant Commander has done it again! So be expecting to see me on your TV screens again very soon! Ahhhh I'm so excited!!!

6) MY CHARITY WORK! You guys know how PASSIONATE I am about doing charity work. Not for publicity but because of my shitty life growing up, I can relate to a lot of people out there and I know my ultimate destiny in life is to help people. I am excited to announce that my own charity, a NON-PROFIT ORGANIZATION has already been set up & I have been busy meeting with all the people I need to meet with to get everything set up and ready to launch my very first own charity "JAYDEN'S ANGELS!" My organization is built on providing the less fortunate children that are still in school, with new clothes, Shoes, and School Supplies!!! I am so excited about this! I will have multiple charity drives every year

...shoes, and school supplies!!!!! I am so excited about this! I will have multiple charity drives every year to visit these schools and help these kids & take the pressure of of the parents who work hard but cannot afford to buy their children new clothes! I would GREATLY APPRECIATE ALL THE HELP I CAN GET FROM MY TILA ARMY to help donate, and volunteer some of ur time to meet up with me & help me at my charity drives! ARE YOU IN TO HELP SAVE THE WORLD WITH ME???? LETS GO BABY! TILA ARMY IS HERE TO SPREAD LOVE, JOY, & HELP PEOPLE ELEVATE TO THE NEXT LEVEL! Being able to help the less fortunate & make them smile is PRICELESS! However in order for this to be very successful, I will need my Soldiers who have a good heart to help donate & spread the word & volunteer! We're going to do many great things together! On top of that, I have teamed up with one of the worlds most respected philanthropists & we are about to combine our work & just make an explosive team to help save this world! I CANT WAIT!!!!! SO many charities I am currently working with & many many more to come! Now that I have teamed up with some of the best Philanthropists, we are going to take you all, my TILA ARMY SOLDIERS with us on this crusade to SAVE THE WORLD! My Goal is to one day win a NOBEL PRIZE for all the hard work we do to help people. & WE WILL! LETS GO! ARE U IN???

**7) WORLD WIDE & USA TOURING:** Wow I don't even know how I am able to do all of this and manage to get any sleep at all...but hey...that's what it takes to become successful! U never see me out partying...U never see me in the Hollywood scene with all those other girls getting caught up in the Limelight & fame. Nope! I'm always at home working cuz I don't care about being famous.....Im a smart girl, so I am spending all my time on building my EMPIRE & FRANCHIZE & being my OWN BOSS who RUNS THINGS! I don't understand how some other very rich & famous people out there, who have sooo many opportunities to become a respected MOGUL & still be successful even when ur not famous anymore...but oh well...not worried about them...I'm gonna keep focusing on me. Now....with my new music coming out soon....I will start doing a worldwide Tour and USA tour! This is going to be A LOTTTTTTTTT of hard work & take up a lot of my time, but it's my passion so I'm excited! I will start off slowly, so I dont get overwhelmed with all the other things happening. So right now for instance, this week I will be performing in GERMANY & ISTANBUL, TURKEY!! & throughout the year I will keep doing these mini tours until I have time to kick off my full blown tour! Ahhhhh! So excited!!! I work very hard & I care about my fans very much....so I HOPE that you will all support ya girl & Commander when my album drops! I am doing this myself so U gotta support ya girl! U BETTER GET MY ALBUM & TELL ALL UR FRIENDS TO DO SO AS WELL! Cuz I rule & I care about you so u can show ur support in return by just getting the album! YAY!

**8) PRESS/TV/INTERVIEWS/MAGAZINES:** Right now I am being BOMBARDED with interview requests from all types of TV shows. I'm shooting tons of magazine covers, which by the way, please pick up my current magazine cover that is out now for "STEPPIN' OUT" magazine!!! The cover is on my website so go take a look when ur done reading this long ass blog! LOL.....so yea.....been busy doing lots of interviews & magazine shoots & new campaigns that will be launched this year as well as next!!! Soo ummm....for all the haters who keep saying my "15 minutes of fame are up" ummm....please. Who care's about fame when I'm a fucking FORTUNE 500 MOGUL UP THERE WITH ALL THE BIG DAWGS! BUt yea...I'm still famous & will be even more famous next year....so haters, you're just gonna have to bite your tonque ok? Cuz I ain't going NOWHERE! TILA TEQUILA IS HERE TO STAY! BOW!

**9) SHAWNE MERRIMAN CASE:** You see all these GREAT NEWS & THINGS I AM WORKING ON and now....this bullshit??? Ok so to all the haters talking shit.....please....this Shawne Merriman case is the LAST thing I need to be hounded with in my world full of thriving businesses. But regardless, I am a fighter & I am doing this for all victims of Domestic Violence. I feel that although this bullshit has caused a lot of stress, and unnecessary negativity in my life, I am continuing to battle it out, not matter how ugly it gets, because I know that I was mis-treated and I want my justice! I want my justice & I want to take back what they all took away from me! My dignity, respect, and self-worth! So all you haters who have nothing but blah blah blah things to say.....just save your breath honey....cuz I will win this time & it is wrong for someone to get away with criminal charges. The world needs to understand that u cannot do something illegal & hurt someone & think u can get away with it! Why do u think I am so damn persistent in this??? It's not like I NEED this in my life! As a matter of fact, with all the positive things happening in my life this is the LAST thing I need! But Like I said....I know I'm doing the right thing by not giving up because I know damn well deep in my heart that I am telling the truth and have always been from the beginning! Why else would I fight so hard for my justice otherwise? Anyway....clearly u can see I have a lot on my shoulders.....And I want to thank you all for your support through this time & your support for my many exciting POSITIVE PROJECTS that I have in store! THIS ONE IS FOR ALL OF YOU, VICTIMS OF DOMESTIC VIOLENCE! I AM FIGHTING FOR YOU! I LOVE YOU!

**10) MY AUTO-BIOGRAPHY BOOK:** Ever since I did that little rant on twitter & everyone became so enthralled and captivated by my life story, it inspired me to start writing my 2nd book. The story of my life, where I came from, and what I went through that makes me who I am today! Once u read it.....everything about me will make so much sense to you! Why I am such a fighter, why I can be such a rebel, and why it is that I have such a big heart & care about people so much. This book....will definitely touch your hearts & hopefully allow you to get to know the "REAL ME" a lot better! It will give me a chance to share the world my story & all the heartache that I've been through, my battles, struggles, and how I stayed strong through it all, and never gave up & grew up to become a successful young woman! A True Inspiring, heartbreaking, compelling story of coming FROM RAGS TO RICHES! I think it will help a lot of people and inspire them after they read my book. Because my life growing up....I know for a fact that the majority of you can relate to because I was just a girl from Houston, Texas with BIG DREAMS! Anyway...I'm really excited about this book. It's so deep & emotional. Plus all the love stories in it & all the characters....wow....it would be even better then the whole "TWILIGHT SAGA!" I'm for sure going to one day turn my book into a bio pic movie of my life. It will of course be a trilogy...so many beautiful love stories to tell............*sigh*

Damn......so there you have it! There's so much more going on in my life but it's 6am right now and I have been working non-stop all day and now the sun is about to come up & I really need to get some sleep cuz tomorrow I have to wake up early for another interview!!!!!!!!! Ahhhh! I barely have time for a love life cuz I barely even have time for "TILA ALONE TIME!" but hey.... I believe in all of this so much that one day I can finally look back, while I am vacationing on my own private island, that I BOUGHT, and say "DAMN....all that hard work....really did pay off and was worth every sleepless night of busting my butt off & getting my team to believe in me as much as I believe in myself. And there you have it!

# Tila's News

...I'm making all my dreams come true & they have come true as we speak!  The power and magic of just having faith in yourself, patience, work hard, focus, & not waste time on being jealous or envious of others!  Just focus on yourself & you will go far!  Just like...yep....u guess it.. MEEEE! YAY!  Spread the love! I love you guys! We have an exciting TILA TEQUILA TAKE OVER IN 2010 COMING UP SOON & I AM PROUD TO HAVE YOU ALL BE APART OF ALL THIS HISTORIC THINGS GOING DOWN!

*sigh*  I hope you read through all that cuz it took me like 4 hours to write this! So the least u can do is read it all! LOL.....Commander Tila is going to get some sleep now! I love you! And stay tuned cuz all the things I have listed above will be all happening within this year & early next year so dont miss out!

Love

Tila

PS-I FORGOT TO MENTION THAT I WILL HAVE MY VERY OWN HIGH-END DIAMOND & JEWELRY LINE COMING OUT! IT'S GONNA BE SO FIERCE! IM GONNA BLING YOU ALL THE FUCK OUT DRIPPED IN DIAMONDS! FABULOUS DHALING!

ANOTHER THING IS THAT I AM CURRENTLY TEAMING UP WITH SOME OF THE BEST TEQUILA MAKERS TO MAKE MY VERY OWN BRAND OF TEQUILA!!! GUESS WHAT IT WILL BE CALLED?? "TILA TEQUILA" DUH! LOL ITS GONNA BE SOOO HOT! IT WILL BE BOTTLED IN A SEXY PINK BOTTLE IN THE SHAPE OF MY BODY & WILL HAVE THE SMOOTHEST TASTE! EVEN THO I DONT DRINK, I'M WILLING TO DRINK MY OWN ALCOHOL & TAKE A RISK AT FEELING LIKE SHIT FROM THE ALLERGIC REACTIONS! BUT IT'S "TILA TEQUILA SHOTS" HOW COULD YOU TURN THAT DOWN?? HEHEHE.......

YAYYY! OK GOING TO SLEEP NOW, IT'S FUCKING 9:30AM AND I HAVE BEEN WORKING Nx FOR 13 HOURS NOW! I NEED TO GO TO SLEEP ASAP! GOT AN INTERVIEW IN A FEW HOURS! *SIGH* THIS IS MY LIFE ON THE DAILY. SLEEP FOR 2-3 HOURS A DAY.

POSTED ON 11/23/2009 9:40 AM COMMENTS (127)

# TILA TEQUILA'S HEARTBREAKING INTERVIEW

A fan sent me this link just now to a recent interview, of many, that I did in regards to Shawne Merriman.  I just watched it and couldn't finish

watching it because it keeps making me sad and I'm trying really hard right now to continue to stay strong, if not for myself, then for everyone else out there who needs support. Please watch my interview and please just hear me out before you keep on bashing on me. Thank you for your much appreciated support and love......

CLICK HERE TO WATCH MY INTERVIEW

Love
Tila

Tags:  domestic violence,  lawsuit,  shawne merriman,  tila tequila

POSTED ON 11/22/2009 5:49 AM COMMENTS (20)

# TILA TEQUILA SUES SHAWNE SCARYMAN!

After MONTHS of silence.......Justice 4 Tila is FINALLY on the way!

Tila Tequila is a Fighter & YOU KNOW THIS!!! I have moved forward and am now pressing charges AND suing that Shawne Scaryman fella!! TILA ARMY ARE U READY TO RIOT AND MARCH WITH ME IN THE STREETS AND SHUT THE TOWN DOWN??? HELL YEA LETS GO!!! TILA ARMY DOES NOT BACK DOWN BABY! LET'S DO THIS! WE GONNA SHOW THESE MOTHERFUCKERS TO NOT EVER, EVER HURT THE TILA ARMY COMMANDER IN CHIEF AND GET AWAY WITH IT??? OHHH NOOOOOO SIR! TILA ARMY WILL NOT TOLERATE THAT!

So TILA ARMY SOLDIERS AND WARRIORS....ARE YOU GUYS READY TO SHUT THIS FUCKING SHIT DOWN OR WHAT???????? NOBODY WILL EVER FUCK WITH US AGAIN! WE GONNA WIN THIS MY LOYAL WARRIORS OF THE NIGHT!! FINALLY....THE TRUTH IS ABOUT TO COME OUT! YESSSS! I HAVE KEPT QUIET FOR SO LONG!!!! THIS IS FOR ALL MY SOLDIERS AND WARRIORS! I AM FIGHTING THIS FOR ALL OF YOU!!!!! I GOT YOU!! I AM A LOYAL COMMANDER AND I WILL ALWAYS HAVE YOUR BACK, JUST LIKE YOU HAVE MINE! TILA ARMY FOR FUCKING LIFE!!!!!!

**LET'S TAKE THIS FUCKER DOWNNNNNNNNNNN! POW!**

**FOX NEWS REPORTS:** CLICK HERE FOR ARTICLE!

Love
Tila
**SHAWNE SCARYMAN....I WILL SEE YOU IN COURT BABY SWEETIE POO BEAR HONEY BUN! LOL**



Tila's News



Tags: domestic violence, douchebag, justice for tila, tila army, tila tequila sues sh...

POSTED ON 11/17/2009 3:16 PM COMMENTS (49)

## TILA TEQUILA- GOING ON TOUR!!!!

Hey Everyone!

So I have some really AWESOME NEWS for all of my German and Turkish Fans! Guess what????????? I AM FINALLY COMING TO YOUR COUNTRY TO GO ON TOUR!!!!! Yay! I told you a long time ago that I was very busy setting this up for you guys and now it's finally happening! I will be performing my song "I LIKE TO FUCK" Featuring HOT ROD! This is such a hot song that we did together and now this is going to be OUR VERY FIRST TIME PERFORMING IT LIVE TOGETHER!!!!!!!!! This is going to be an EPIC CONCERT! Tila Tequila & Hot Rod performing "I LIKE TO FUCK" onstage! WOW!

So get ready Germany & Istanbul, Turkey cuz I'm coming to your town on November 28th & 29th!!!! Please stay tuned for more info on what time and the address for the concert venue!! OMGGGGG IM SO EXCITED! ARE YOU?????  I'll see you all very soon! I can't wait! I'm going to go hard when its my part of the song! Ohweeeeee Tila is gonna KILL IT onstage! POW! Stay Tuned.....more USA tour dates, new Tila Music and album, and Tila Iphone Apps coming next month! .........To be continued

Love

Tila

PS-THIS IS MY FIRST TIME GOING ON TOUR AND WHAT OTHER UNSIGNED ARTIST, WHO WRITES HER OWN MUSIC, WORKS THIS HARD, AND GETS TO PLAY AT A SOLD OUT ARENA IN GERMANY?????????? DAMN! ME, OF COURSE!!!! WOW BOSS STATUS! I FEEL SO BLESSED I AM GOING TO CRY! I CANT BELIEVE MY DREAMS ARE COMING TRUE! *CRIES* I AM ACTUALLY PERFORMING LIVE AT AN ARENA!!!!!! EVERYONE WILL BE CHEERING FOR ME! *CRIES AGAIN* I LOVE YOU ALL! THANK U SO MUCH FOR STICKING WITH ME DURING MY ADVENTURE TO MAKE IT TO THE TOP!!!! HERE WE GO!

# EXHIBIT D

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 2,885,212
Registered Sep. 14, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## LIGHTS OUT

LOOMWORKS APPAREL, INC. (CALIFORNIA CORPORATION)
2805 MCGAW
IRVINE, CA 92614

FOR: CLOTHING AND SHOES FOR MEN, WOMEN AND CHILDREN, NAMELY, ANKLETS, ANORAKS, ATHLETIC FOOTWEAR, ATHLETIC SHOES, ATHLETIC UNIFORMS, BEACHWEAR, BELTS, BLOUSES, BOOTS, BOTTOMS, BOXER SHORTS, BRASSIERES, BRIEFS, BUSTIERS, CAPS, CARDIGANS, COATS, FOOTWEAR, GLOVES, GOLF SHIRTS, HATS, HEADBANDS, HEADWEAR, INTIMATE APPAREL, JACKETS, JEANS, JERSEYS, JOGGING SUITS, JUMPERS, KNIT SHIRTS, NIGHTWEAR, OVERALLS, OVERCOATS, PAJAMAS, PANTS, POLO SHIRTS, PULLOVERS, QUILTED VESTS, RAINCOATS, ROBES, SHIRTS, SHOES, SHORTS, SLEEPWEAR, SPORT COATS, SPORT SHIRTS, SWEATERS, SWEATPANTS, SWEATSHIRTS, SKIRTS, SOCKS, SWEATSUITS, TANK TOPS, TOPS, TRACKSUITS, TROUSERS, T-SHIRTS, UNDERWEAR, V-NECK SWEATERS, VESTS, WAISTCOATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-11-2004; IN COMMERCE 6-11-2004.

SN 78-213,141, FILED 2-10-2003.

AMY HELLA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Dec 8 04:01:10 EST 2009

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:        OR  Jump  to record:        **Record 2 out of 4**

---

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LIGHTS OUT |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing and shoes for men, women and children, namely, anklets, anoraks, athletic footwear, athletic shoes, athletic uniforms, beachwear, belts, blouses, boots, bottoms, boxer shorts, brassieres, briefs, bustiers, caps, cardigans, coats, footwear, gloves, golf shirts, hats, headbands, headwear, intimate apparel, jackets, jeans, jerseys, jogging suits, jumpers, knit shirts, night wear, overalls, overcoats, pajamas, pants, polo shirts, pullovers, quilted vests, raincoats, robes, shirts, shoes, shorts, sleepwear, sport coats, sport shirts, sweaters, sweatpants, sweatshirts, skirts, socks, sweatsuits, tank tops, tops, tracksuits, trousers, T-shirts, underwear, V-neck sweaters, vests, waistcoats. FIRST USE: 20040611. FIRST USE IN COMMERCE: 20040611 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78213141 |
| **Filing Date** | February 10, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 23, 2003 |
| **Registration Number** | 2885212 |
| **Registration Date** | September 14, 2004 |
| **Owner** | (REGISTRANT) Loomworks Apparel, Inc. CORPORATION CALIFORNIA 2102 Alton Parkway Suite A Irvine CALIFORNIA 92606

(LAST LISTED OWNER) LIGHTS OUT HOLDINGS, LLC LIMITED LIABILITY COMPANY |

CALIFORNIA 10617 BIRCH BLUFF AVENUE SAN DIEGO CALIFORNIA 92131

**Assignment Recorded**    ASSIGNMENT RECORDED

**Attorney of Record**    April Wurster

**Type of Mark**    TRADEMARK

**Register**    PRINCIPAL

**Live/Dead Indicator**    LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT E**

# EXHIBIT E

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Dec 8 04:01:10 EST 2009*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# LIGHTS OUT

| | |
|---|---|
| **Word Mark** | LIGHTS OUT |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Action skill games; footballs and football stands; board games; action figures and accessories therefor; collectable toy figures; molded toy figures; play figures; toy figures |
| | IC 035. US 100 101 102. G & S: Online retail store featuring sporting goods, sports memorabilia, clothing, and footwear; promoting the goods and services of others through the issuance of product and service endorsements by a sports celebrity, and through advertising appearances for products and services by a sports celebrity; and, promoting the goods and services of other through licensing of the identity, name, nickname, and image of a sports celebrity |
| | IC 036. US 100 101 102. G & S: Charitable fund raising services |
| | IC 038. US 100 101 104. G & S: Providing an on-line electronic bulletin board for transmission of messages among computer users concerning a professional football player and sports celebrity |
| | IC 041. US 100 101 107. G & S: Providing a website featuring a fan club, the biography, and biographical information about appearances, accomplishments, exploits, and charitable and philanthropic works of a college and professional football player; entertainment services, namely, personal appearances and speeches by a sports celebrity; entertainment services, namely, radio and television appearances and commentary by a sports celebrity; and entertainment services in the nature of live performances by an announcer in the field of sports commentary |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |

| | |
|---|---|
| **Serial Number** | **77163746** |
| **Filing Date** | April 24, 2007 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 9, 2009 |
| **Owner** | (APPLICANT) Shawne Merriman INDIVIDUAL UNITED STATES 1744 Poinciana Drive El Cajon CALIFORNIA 92021 |
| **Attorney of Record** | April Wurster |
| **Prior Registrations** | 2885212 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT F**

# EXHIBIT F

...people are LOVINGGGGG... bout the game they are going HAM! they love it... my retweets with what they said? LOLLL

official Trina yea cuz if he is causing too much dist... their football team they will kick him out. Al the GM... team is already sick of him

TamekaRaymond - Damn why the violence?! It coulda been sexy sex if he wasn't hurting her! Lol@ Is she okay? These Celebs are CRAZY I'm convinced its the SS!

Brooke96 Right...

**EXHIBIT G**

# EXHIBIT G

Tameka Raymond : No plans that I know.

official: yes that is why I did a *goin' now everyone is LOVINGGGG me for all this *points are now like fuck chargers N shawne

Tameka Raymond : Yep. Wowzers! Bests to Justice prevail =/)

official: la people are LOVINGGGGGGGG about the game! they are going HAM! my retweets with what they said? LOL

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Lights Out Holdings, LLC, a California corporation and Shawne Merriman, an individual

**(b)** County of Residence of First Listed Plaintiff  San Diego, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Andrew D. Skale, Mintz Levin Cohn Ferris Glovsky & Popeo
3580 Carmel Mtn Rd, Ste 300, San Diego, CA 92130 858-314-1510

## DEFENDANTS
Tila Nguyen, an individual, and Little Miss Trendsetter Inc. a California corporation

County of Residence of First Listed Defendant  Los Angeles, CA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

'09 CV 2742 H CAB

Attorneys (If Known)  Cyrus J. Nownejad
9935 South Santa Monica Blvd.
Beverly Hills, CA 90212 (310) 623-1676

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | IMMIGRATION | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. 501
Brief description of cause: Copyright Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 12-8-09
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # 8084  AMOUNT 350.00  APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___
MS 12/08/09

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS008084
Cashier ID: msweaney
Transaction Date: 12/08/2009
Payer Name: AMERICAN MESSENGER SERVICE
-----------------------------------
CIVIL FILING FEE
 For: LIGHTS OUT V TILA NGUYEN
 Case/Party: D-CAS-3-09-CV-002742-001
 Amount:        $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 3646
 Amt Tendered:  $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```